IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

INTERNATIONAL LIQUID TERMINALS )
   ASSOCIATION, et al., )
)
      Plaintiffs, )
) 1:18-cv-00467-LMB-IDD
v. )
)
UNITED STATES DEPARTMENT OF )
   HOMELAND SECURITY, et al., )

      Defendants.

## ORDER

For the reasons stated in open court, plaintiffs' Motion for Stay or Preliminary Injunction [Dkt. No. 13] is GRANTED IN PART AND DENIED IN PART, and it is hereby

ORDERED that enforcement of the United States Coast Guard's final rule that was published on August 23, 2016 and is due to go into effect on August 23, 2018, which requires that certain maritime facilities install and use electronic machines capable of reading biometric data contained on Transportation Worker Identification Credentials ("TWIC") for unsecured access to vulnerable ports, be and is STAYED as to Transfer and Non-Transfer facilities that handle bulk cargoes of certain dangerous products ("CDCs") until further Order of the Court, and it is further

ORDERED that the rule will go into effect on August 23, 2018 as to facilities that receive vessels certified to carry 1,000 or more passengers.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24th day of July, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge